UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| STEINBACH, GEORGE T. | § | Case No. 04-03657 |
| AKA D AND G ROOFING AND CONSTRUCTIO | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF THE COURT
        219 S. Dearborn
        Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 03/15/2013 in Courtroom ,

        United States Courthouse
        Joliet City Hall
        150 West Jefferson,2nd floor, Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/05/2013                By: /s/ Michael G. Berland
                                                                   Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
STEINBACH, GEORGE T. § Case No. 04-03657
AKA D AND G ROOFING AND §
CONSTRUCTIO
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 58,333.33 |
| and approved disbursements of | $ | 20,713.22 |
| leaving a balance on hand of[1] | $ | 37,620.11 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: MICHAEL G. BERLAND | $ 6,166.67 | $ 0.00 | $ 6,166.67 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 6,166.67 |
| Remaining Balance | $ 31,453.44 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,394.50 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Department of the Treasury Internal Revenue Service 230 S Dearborn Stop 5016-CHI Chicago, IL 60604 | $ 2,394.50 | $ 0.00 | $ 2,394.50 |

Total to be paid to priority creditors $ 2,394.50

Remaining Balance $ 29,058.94

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,028.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 90.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Thomas B Sullivan, Trustee for Salazar 800 Ravina Place Orland Park, IL 60462 | $ 30,850.00 | $ 0.00 | $ 27,989.34 |
| 000002B | Department of the Treasury Internal Revenue Service 230 S Dearborn Stop 5016-CHI Chicago, IL 60604 | $ 1,178.92 | $ 0.00 | $ 1,069.60 |

Total to be paid to timely general unsecured creditors $ 29,058.94

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
George T Steinbach  
    Debtor

Case No. 04-03657-BWB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dross     Page 1 of 2     Date Rcvd: Feb 06, 2013  
                       Form ID: pdf006    Total Noticed: 10

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2013.
db          +George T Steinbach,    1241 Linden Avenue,    La Salle, IL 61301-1524
7739321      G&B Disposal,    106 Fifth Street,    Peru, IL   61354
7739314     +Gary L. Gearhart & Associates,    951 Fifth Street,    LaSalle, IL 61301-2203,
              Phone: (815) 223-8009
7739322     +Hospital Radiology,    #8 US Route 6 West,    Peru, IL 61354-2943
7739324     +Leslie Buck,   c/o Cincinnati Insurance,    P.O. Box 522,    Peru, IL 61354-0522
7739320     +McLeod USA,    6048 Broadcast Parkway,    Loves Park, IL 61111-4486
8292561     +Thomas B Sullivan, Trustee for Salazar,    800 Ravina Place,    Orland Park, IL 60462-3850
7739323     +Todd & Shelly Salazar,    c/o Leynaud & Leynaud,    1200 38th Street,    Peru, IL 61354-1194
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8884049       E-mail/Text: cio.bncmail@irs.gov Feb 07 2013 01:49:59      Department of the Treasury,
               Internal Revenue Service,    230 S Dearborn,    Stop 5016-CHI,    Chicago, IL 60604
7739318       E-mail/Text: cio.bncmail@irs.gov Feb 07 2013 01:49:59
               Department of the Treasury-Internal Revenue Servic,   Centralized Insolvency Operations,
               P O Box 21126,    Philadelphia, PA 19114
                                                                                               TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7739311      NAME OF DEBTOR:
7739316      None.
                                                                                               TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 08, 2013**          **Signature:** _/s/ Joseph Speetjens_

Case 04-03657   Doc 54   Filed 02/06/13   Entered 02/08/13 23:43:25   Desc Imaged
                      Certificate of Notice   Page 6 of 6

```
District/off: 0752-1          User: dross              Page 2 of 2            Date Rcvd: Feb 06, 2013
                              Form ID: pdf006          Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2013 at the address(es) listed below:
              Antonio M Romanucci    on behalf of Spec. Counsel    Romannuci & Blandin aromanucci@rblaw.net
              Antonio M Romanucci    on behalf of Debtor George T Steinbach aromanucci@rblaw.net
              Gary L. Gearhart    on behalf of Debtor George T Steinbach gearhartlaw@insightbb.com
              Michael G Berland    einstein829@earthlink.net, IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5